Friday, July 01, 2011

Mr. Bryan Rutherford
MacDonald Devin, PC
3800 Renaissance Tower
1201 Elm Street
Dallas, Tx 75270-2130

Mr. Thomas Matthew Corea
The Corea Firm PLLC
1201 Elm Street, 41st Fl.
Dallas, TX 75201
Mr. Jeremy Reade Wilson
The Corea Firm
325 N St Paul Sreet, Suite 4150
Dallas, TX 75201

RE: Case Number: 08-0231
 Court of Appeals Number: 06-07-00089-CV
 Trial Court Number: 23,220

Style: OMAHA HEALTHCARE CENTER, LLC
 v.
 WILMA JOHNSON, ON BEHALF OF THE ESTATE OF CLASSIE MAE REED, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Ms. Debbie |
| |Autrey |
| |Mrs. Gwen Oney |